FILED

NOV 04 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANGEL FRALEY; et al., | No. 13-17214 |
| Plaintiffs - Appellees, | D.C. No. 3:11-cv-01726-RS |
| C.M.D.; et al., | Northern District of California, San Francisco |
| Intervenor-Plaintiffs - Appellees, | ORDER |
| JENNIFER DEACHIN, | |
| Objector - Appellant, | |
| v. | |
| FACEBOOK, INC., | |
| Defendant - Appellee. | |

A review of the record suggests that this court may lack jurisdiction over the appeal because the notice of appeal was not filed within 30 days after the district court's judgment entered on September 19, 2013. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).

Within 21 days after the date of this order, appellant shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for

SM/MOATT

lack of jurisdiction. If appellant elects to show cause, a response may be filed within 10 days after service of the memorandum.

If appellant does not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Stephanie McMahon
Motions Attorney/Deputy Clerk