# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANGEL FRALEY; et al., | No. 13-17214 |
|     Plaintiffs - Appellees, | |
| C.M.D; et al., | U.S. District Court for the Northern District of California |
|     Intervenor-Plaintiffs-Appellees | Case No. 3:11-cv-01726-RS |
|   v. | |
| JENNIFER DEACHIN, | |
|     Objector - Appellant, | |
|   v. | |
| FACEBOOK, INC., | |
|     Defendant - Appellee. | |

## OBJECTOR-APPELLANT DEACHIN'S MOTION TO DISMISS APPEAL

> N. Albert Bacharach, Jr.
> N. Albert Bacharach, Jr., P.A.
> Florida Bar Number: 209783
> 4128 NW 13th Street
> Gainesville, Florida 32609-1807
> (352) 378-9859 FAX: (352) 338-1858
> NAB@nabjr.com
> Attorney for Objector-Appellant
> Jennifer Deachin

    Pursuant to Fed. R. App. P. 42(b), Objector-Appellant Jennifer Deachin, by undersigned counsel moves this Court to dismiss her appeal with prejudice.

    Except as otherwise agreed by the parties, each side will bear its own costs.

Appellant has discussed this matter with counsel for Appellees, who do not oppose the motion.

Respectfully submitted,

/s/ N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr., P.A.
Florida Bar Number: 209783
4128 NW 13rh Street
Gainesville, Florida 32609-1807
(352) 378-9859 FAX: (352) 338-1858
NAB@nabjr.com
Attorney for Appellant Deachin

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November 2013, I electronically filed the Foregoing Motion to Dismiss Appeal with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF program. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.
